Order issued January 25, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

No. 05-11-01543-CR

---

## ERIC GLENN BROWN, Appellant

### V.

## THE STATE OF TEXAS, Appellee

---

# O R D E R

---

Before Justices Bridges, O'Neill, and Murphy

Based on the Court's opinion of this date, we **GRANT** the September 6, 2012 motion of

Kathleen A. Walsh for leave to withdraw as appointed counsel on appeal. We **DIRECT** the

Clerk of the Court to remove Kathleen A. Walsh as counsel of record for appellant. We

**DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to

Eric Glenn Brown, No. 1760826, Torres Unit, 125 Private Road 4303, Hondo, Texas, 78861.


DAVID L. BRIDGES
JUSTICE